Decided November 14, 2001

## STATE OF CONNECTICUT *v.* GEORGE MOORE

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 717 (AC 20037), is denied.

*Martin Zeldis*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided November 14, 2001